UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
IN RE:


     DEBRA PEARL                              CASE NO.  08-60871
     PATRICK PEARL                           Chapter 13

                      Debtors

--------------------------------------------------------
APPEARANCES:

JERRY CALVIN LEEK, ESQ.
Attorney for Debtors
107 S. Canton Rd.
Potsdam, New York 13676

MAXSEN D. CHAMPION, ESQ.
Staff Attorney, Chapter 7 Trustee
250 S. Clinton St., Suite 203
Syracuse, New York 13202

FELT EVANS LLP                           EDWARD D. EARL, ESQ.
4-6 North Park Row                       of Counsel
Clinton, New York 13323

STEVEN R. DOLSON, ESQ.
Amicus Curiae
500 South Salina Street, Suite 610
P.O. Box 1279
Syracuse, New York 13201-1279

Hon. Stephen D. Gerling, Chief U.S. Bankruptcy Judge


**<u>ERRATA</u>**


     The Memorandum-Decision, Findings of Fact, Conclusions of Law and Order dated

September 10, 2008 is hereby amended.  The sentence beginning at the bottom of page 9 with the

words "This comports with . . ." should read as follows:

2

This comports with the intention of Congress to eliminate the discretion of the courts in **determining what expenses are reasonable.** As pointed out by United States Bankruptcy Judge Eugene R. Wedoff, . . .

Dated at Utica, New York

this 22nd day of September 2008

<u>s/s Hon. Stephen D. Gerling</u>
STEPHEN D. GERLING
Chief U.S. Bankruptcy Judge