UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
IN RE:

    DEBRA PEARL                                       CASE NO.  08-60871
    PATRICK PEARL                                  Chapter 13

                        Debtors
--------------------------------------------------------
APPEARANCES:

JERRY CALVIN LEEK, ESQ.
Attorney for Debtors
107 S. Canton Rd.
Potsdam, New York 13676

MAXSEN D. CHAMPION, ESQ.
Staff Attorney, Chapter 7 Trustee
250 S. Clinton St., Suite 203
Syracuse, New York 13202

FELT EVANS LLP                                                       EDWARD D. EARL, ESQ.
Attorneys for eCAST Settlement Corp.               Of Counsel
4-6 North Park Row
Clinton, New York 13323

STEVEN R. DOLSON, ESQ.
Amicus Curiae
500 South Salina Street, Suite 610
P.O. Box 1279
Syracuse, New York 13201-1279

Hon. Stephen D. Gerling, Chief U.S. Bankruptcy Judge

**ORDER AMENDING MEMORANDUM-DECISION, FINDINGS OF FACT,
CONCLUSIONS OF LAW AND ORDER**

The first ordering paragraph of the Court's Memorandum-Decision, Findings of Fact,

Conclusions of Law and Order, dated September 10, 2008, is hereby amended to read as follows:

ORDERED that the Trustee's objection, **as well as that of eCAST Settlement Corporation**,

2

to the Debtors' plan, to the extent that it provides for the inclusion of an ownership expense for their second vehicle in calculating the Debtors' **disposable income**, are denied . . . .

    **IT IS SO ORDERED.**

Dated at Utica, New York
this 10th day of October 2008

                                          /s/ Hon. Stephen D. Gerling
                                          STEPHEN D. GERLING
                                          Chief U.S. Bankruptcy Judge